COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CASE NO. __**18CI04546**__

JEFFERSON CIRCUIT COURT
DIVISION SIX (6)

VERANDA GARDENS. LLC
3834 A&B TAYLORSVILLE ROAD
LOUISVILLE. KY 40220

and

SAWYER CONSTRUCTION & ROOFING. INC.
1115 S. 4TH STREET. THIRD FLOOR
LOUISVILLE. KY  40203-4100

PLAINTIFFS

> FILED IN CLERK'S OFFICE
> DAVID L. NICHOLSON. CLERK
>
> AUG - 6 2018
>
> BY_____
>      DEPUTY CLERK

v.                     **PETITION FOR A DECLARATION OF RIGHTS**

SECURA INSURANCE COMPANIES                                    DEFENDANT
2401 SOUTH MEMORIAL DRIVE
APPLETON, WI  54915

\* \* \*   \* \* \*   \* \* \*

Comes the Plaintiffs. Veranda Gardens and Sawyer Construction & Roofing. Inc..
[hereinafter SAWYER]. and for their cause of action state as follows:

1.  Plaintiff Veranda Gardens, LLC. is a privately held company that owns and manages
commercial business property at 3834 A&B Taylorsville Road, Louisville. Jefferson County.
Kentucky 40220.

2.  Plaintiff SAWYER is a domestic corporation duly incorporated in Kentucky
and doing business in Jefferson County. Kentucky with an office located at 1115 S. 4th Street.
Third Floor, Louisville. KY  40203-4100.

3.  Defendant SECURA is headquartered in Appletown. WI:  is in the business of
underwriting policies of insurance: and issued such a policy to Plaintiff Veranda Gardens. LLC.

4.  On or about 09/10/2016. Plaintiff Veranda Gardens, LLC property suffered  wind
damage and a claim was filed with Defendant SECURA under policy number HO34037389.
Said claim, number 569184. was subsequently assigned to the Plaintiff SAWYER. A true and

correct copy of said assignment is attached hereto and marked as Exhibit "A".

5.  Defendant SECURA retained Rimkus Consulting Group, Inc., an engineering firm, to determine the cause and extent of the reported damage to the roof of Veranda Gardens, LLC. Steve Weber of Rimkus examined the roof in question and prepared a report concluding, among other things, that the roofs on the Veranda Gardens buildings were not damaged by recent or historical winds.

6.  Based upon this report, Defendant SECURA denied the claim in question.

7.  Both Plaintiffs disagreed with this assessment and Veranda Gardens invoked the Insurance policy's appraisal clause which provides as follows:

Appraisal. If you and we fail to agree on the amount of loss, either can demand that the amount be set by appraisal. If either makes a written demand for appraisal, each will select a ***competent, independent appraiser*** and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers cannot agree on an umpire within 15 days, you or we can ask a judge of a court of record in the state where the residence premises is located to select a competent, impartial umpire. The appraisers will then set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit their differences to the umpire. Written agreement signed by any two of these three will set the amount of the loss. Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by you and us. Any fees for expert witnesses or attorneys will be paid by the party who hires them. Neither the umpire nor the appraisers will have a financial interest that is conditioned on the outcome of the specific matter for which they are called to serve. [Emphasis added]

8.  Plaintiff Veranda Gardens, LLC, appointed John Robison as its appraiser.

9.  Defendant SECURA appointed Steve Weber as its appraiser, the same engineer that prepared the report forming the basis for its denial of the claim to begin with.

10. Plaintiffs objected to Defendant's appointment of Steve Weber due to his involvement and opinions rendered in evaluating the claim prior to the invocation of the

appraisal process. However, Defendant SECURA has refused to replace him.

WHEREFORE, Plaintiffs respectfully demand:

1. A declaration of rights that the Defendant SECURA must withdraw its appointment of its expert Steve Weber as an appraiser in this case and appoint another who is not only competent but also independent; and

2. Any and all other relief to which they may appear entitled.

Respectfully submitted,

Danny T. Karem
1115 S. 4th Street, Third Floor
Louisville, KY 40203
Counsel for the Plaintiffs

## VERIFICATION

The undersigned, having authority to sign for Veranda Gardens, LLC, and Sawyer Construction & Roofing, Inc., respectively, hereby verify that they have read the foregoing Petition and the statements contained therein are true and correct to the best of their knowledge and belief.

Veranda Gardens, LLC, by Gwan Cox

Sawyer Construction & Roofing, Inc., by Dennis Sawyer

-3-

## Lisa Schmidt

| | |
|---|---|
| **From:** | Rita Hietpas |
| **Sent:** | Wednesday, August 15, 2018 12:51 PM |
| **To:** | Lisa Schmidt; Carrie Bolssen; Laura Ade |
| **Subject:** | FW: Service of Process Notification |

This looks to be for Claims Legal.  Thanks!

*Rita Hietpas*

**From:** Dan Ferris
**Sent:** Wednesday, August 15, 2018 12:40 PM
**To:** Corporate Legal
**Subject:** FW: Service of Process Notification

**From:** ccssop@capitolservices.com [mailto:ccssop@capitolservices.com]
**Sent:** Wednesday, August 15, 2018 12:23 PM
**To:** Dan Ferris
**Cc:** rassop@capitolservices.com
**Subject:** Service of Process Notification

## Capitol Corporate Services, Inc.
**Service of Process Notice**

| IMPORTANT INFORMATION |
|---|
| ORIGINAL DOCUMENTS WILL BE FORWARDED BY FEDERAL EXPRESS 2-DAY. |

| SOP DOCUMENT |
|---|
| **CLICK HERE TO VIEW THE SOP DOCUMENT.**<br>The original document is being forwarded per the delivery information below.<br>(You will need Adobe Acrobat Reader to view the scanned document) |

| SERVICE OF PROCESS INFORMATION | |
|---|---|
| Transmittal #: | KY-154905 |
| Company Served: | SECURA INSURANCE COMPANIES |
| State Served: | KENTUCKY |
| Date / Time Received: | 8/15/2018 12:00 PM |
| Title of Case / Action: | VERANDA GARDENS, LLC ET AL V. SECURA INSURANCE COMPANIES ET AL |
| Case Number: | 18-CI-04546 |
| Court Name: | JEFFERSON COUNTY, KENTUCKY CIRCUIT COURT DIVISION 6 |
| Type of Document Served: | CITATION/SUMMONS |

| Delivered to CCS by: | CERTIFIED MAIL |
|---|---|

| **DELIVERY INFORMATION** | |
|---|---|
| Delivered to you by: | FEDEX 2 DAY LETTER |
| Tracking Number: | 736247346736 |
| Name: | DANIEL P FERRIS |
| Delivery Addressed to: | 2401 S MEMORIAL DR<br>APPLETON, WISCONSIN  54915 |

If you are unable to **view the document in the above link**, please email ccssop@capitolservices.com.

Thank you for choosing Capitol Corporate Services to be your Registered Agent.

Capitol Services, Inc. or Capitol Corporate Services, Inc. (hereafter collectively "CSI") makes every effort to scan a complete copy of the documents received on behalf of your entity; however CSI makes no warranties, guarantees, or representations as to the accuracy or completeness of the information provided. CSI expressly disclaims all liability with respect to actions taken or not taken based on the information provided, including any errors or omissions contained in such information. Please rely on the original documents for the complete service of process.

CONTACT US  |  FAQ  |  TERMS & CONDITIONS

**Capitol Corporate Services, Inc.**
PO Box 1831
Austin, TX 78767
Phone: (800)345-4647  Fax: (800)432-3622
rassop@capitolservices.com

## Service Of Process Transmittal Notice

| | | |
|---|---|---|
| DANIEL P FERRIS<br>SECURA<br>2401 S MEMORIAL DR<br>APPLETON WISCONSIN 54915 | **Date Processed:** | 08/15/2018 |
| | **Completed By:** | SHANNON STEENBERGEN |
| | **Delivery Method to Client:** | FEDEX 2 DAY LETTER |
| | **Tracking Number:** | 736247346736 |

Enclosed please find legal documents received on behalf of the client named below. These documents are being forwarded in accordance with your instructions.

| Date / Time Received<br>08/15/2018 12:00 PM in KENTUCKY | Transmittal #<br>KY-154905 | Delivered to Agent by<br>CERTIFIED MAIL |
|---|---|---|

**With Regard to Client**

SECURA SUPREME INSURANCE COMPANY (SERVICE DIRECTED TO ASSUMED NAME:  SECURA INSURANCE COMPANIES)

**Title of Case or Action**

VERANDA GARDENS, LLC ET AL V. SECURA INSURANCE COMPANIES ET AL

| **Case Number**<br>18-CI-04546 | **Type of Document Served**<br>CITATION/SUMMONS |
|---|---|

**Court Name**

JEFFERSON COUNTY, KENTUCKY CIRCUIT COURT DIVISION 6

**Note**



1-154905I

| AOC-105 ...    Doc. Code: CI | | Case No. **18CI04546** |
| Rev. 1-07 | | Court        [ ] Circuit  [ ] District |
| Page 1 of 1 | **CIVIL SUMMONS** | County JEFFERSON CIRCUIT COURT |
| Commonwealth of Kentucky | | DIVISION SIX (6) |
| Court of Justice   www.courts.ky.gov | | |
| CR 4.02; CR Official Form 1 | | |

Veranda Gardens.                                                    **PLAINTIFF**

VS.

Secura Insurance                                                    **DEFENDANT**

Service of Process Agent for Defendant:

CAPITOL CORPORATE SERVICES
828 LANE ALLEN ROAD, STE 219
LEXINGTON, KY
                    40504

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a legal action has been filed against you in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: AUG - 6 2018 , 2_____

                                    DAVID L. NICHOLSON, CLERK
                                                                          Clerk
                        By: _____ D.C.

┌─────────────────────────────────────────────────────────────┐
| **Proof of Service** |
| This Summons was served by delivering a true copy and the Complaint (or other initiating document) to: |
| _____ |
| this _____ day of _____, 2_____. |
|                          Served by: _____ |
|                                     _____ Title |
└─────────────────────────────────────────────────────────────┘

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CASE NO. **18CI04546**

**JEFFERSON CIRCUIT COURT
DIVISION SIX (6)**

VERANDA GARDENS, LLC
3834 A&B TAYLORSVILLE ROAD
LOUISVILLE, KY 40220

and                                                                                         PLAINTIFFS

SAWYER CONSTRUCTION & ROOFING, INC.
1115 S. 4ᵀᴴ STREET, THIRD FLOOR
LOUISVILLE, KY  40203-4100

v.                          **PETITION FOR A DECLARATION OF RIGHTS**

SECURA INSURANCE COMPANIES                                      DEFENDANT
2401 SOUTH MEMORIAL DRIVE
APPLETON, WI  54915

\* \* \*    \* \* \*    \* \* \*

Comes the Plaintiffs, Veranda Gardens and Sawyer Construction & Roofing, Inc.,

[hereinafter SAWYER], and for their cause of action state as follows:

1.  Plaintiff Veranda Gardens, LLC, is a privately held company that owns and manages

commercial business property at 3834 A&B Taylorsville Road, Louisville. Jefferson County,

Kentucky 40220.

2.  Plaintiff SAWYER is a domestic corporation duly incorporated in Kentucky

and doing business in Jefferson County. Kentucky with an office located at 1115 S. 4ᵗʰ Street,

Third Floor, Louisville. KY  40203-4100.

3.  Defendant SECURA is headquartered in Appletown, WI; is in the business of

underwriting policies of insurance; and issued such a policy to Plaintiff Veranda Gardens, LLC.

4.  On or about 09/10/2016, Plaintiff Veranda Gardens, LLC property suffered  wind

damage and a claim was filed with Defendant SECURA under policy number HO34037389.

Said claim, number 569184, was subsequently assigned to the Plaintiff SAWYER. A true and

correct copy of said assignment is attached hereto and marked as Exhibit "A".

5. Defendant SECURA retained Rimkus Consulting Group, Inc., an engineering firm, to determine the cause and extent of the reported damage to the roof of Veranda Gardens, LLC. Steve Weber of Rimkus examined the roof in question and prepared a report concluding, among other things, that the roofs on the Veranda Gardens buildings were not damaged by recent or historical winds.

6. Based upon this report, Defendant SECURA denied the claim in question.

7. Both Plaintiffs disagreed with this assessment and Veranda Gardens invoked the Insurance policy's appraisal clause which provides as follows:

Appraisal. If you and we fail to agree on the amount of loss, either can demand that the amount be set by appraisal. If either makes a written demand for appraisal, each will select a **competent**, **independent appraiser** and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers cannot agree on an umpire within 15 days, you or we can ask a judge of a court of record in the state where the residence premises is located to select a competent, impartial umpire. The appraisers will then set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit their differences to the umpire. Written agreement signed by any two of these three will set the amount of the loss. Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by you and us. Any fees for expert witnesses or attorneys will be paid by the party who hires them. Neither the umpire nor the appraisers will have a financial interest that is conditioned on the outcome of the specific matter for which they are called to serve. [Emphasis added]

8. Plaintiff Veranda Gardens, LLC. appointed John Robison as its appraiser.

9. Defendant SECURA appointed Steve Weber as its appraiser, the same engineer that prepared the report forming the basis for its denial of the claim to begin with.

10. Plaintiffs objected to Defendant's appointment of Steve Weber due to his involvement and opinions rendered in evaluating the claim prior to the invocation of the

-2-

appraisal process. However, Defendant SECURA has refused to replace him.

WHEREFORE, Plaintiffs respectfully demand:

1.  A declaration of rights that the Defendant SECURA must withdraw its appointment of its expert Steve Weber as an appraiser in this case and appoint another who is not only competent but also independent; and

2.  Any and all other relief to which they may appear entitled.

Respectfully submitted,

Danny T. Kareim
1115 S. 4th Street, Third Floor
Louisville, KY 40203
Counsel for the Plaintiffs

## VERIFICATION

The undersigned, having authority to sign for Veranda Gardens, LLC, and Sawyer Construction & Roofing, Inc., respectively, hereby verify that they have read the foregoing Petition and the statements contained therein are true and correct to the best of their knowledge and belief.

Veranda Gardens, LLC, by Gwan Cox

Sawyer Construction & Roofing, Inc., by Dennis Sawyer

-3-

DANNY T. KAREM, ESQ.
1115 S. 4TH ST., THIRD FLOOR
LOUISVILLE, KY 40203



CERTIFIED MAIL

7017 3040 0000 6145 4871

U.S. POSTAGE
PAID
EASTWOOD, KY
42718
AUG 10 18
AMOUNT
$6.91
R2305K140900-03

CAPITOL CORPORATE SERVICES, INC.
828 LANE ALLEN ROAD, STE 219
LEXINGTON, KY  40504

40504S3659  C004

CASE NO.: 18-CI-004546

JEFFERSON CIRCUIT COURT
DIVISION SIX (6)
HON. OLU A. STEVENS, JUDGE

VERANDA GARDENS, LLC

and                                                                                          PLAINTIFFS

SAWYER CONSTRUCTION & ROOFING, INC.

v.                    **NOTICE OF FILING OMITTED EXHIBIT**

SECURA INSURANCE COMPANIES                                        DEFENDANT

\* \* \*    \* \* \*    \* \* \*

Come the Plaintiffs, by and through counsel, and hereby gives notice of filing of the

attached Assignment of Claim.  The undersigned counsel for the Plaintiffs certifies that the

same was inadvertently omitted when the Petition herein was filed.

Respectfully submitted,

Danny T. Karem
1115 S. 4th Street, Third Floor
Louisville, KY  40203-4100
Counsel for Plaintiffs

CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing was transmitted my email and

mailed, postage pre-paid, to Nicole M. Weir, Senior Claims Attorney, 2401 South Memorial

Drive, Appleton, WI 54915, this the 15th day of August, 2018.

Danny T. Karem

## ASSIGNMENT OF INSURANCE CLAIM

The undersigned insured and Sawyer Construction & Roofing, Inc., in consideration for the services to be performed as defined in the agreement signed on _11-2-2017_, hereby transfers and assigns to Sawyer Construction & Roofing, Inc. any and all of the insured's rights, benefits and proceeds due to insured under any applicable insurance policies pertaining to the insurance claim(s) identified as Claim(s) No. _569184_ covering loss sustained at the insured's property at (address) _3834 A & B TAYLORSVILLE RD. LOU._ _KY 40220_. This transfer and assignment of rights also includes any right of the insured to request a certified copy of the insurance policy or policies, sue and collect from the carrier for extra contractual damages, consequential damages, common law damages and statutory damages.

Assignor(s) agree that if the insured's insurance company tries to pay the proceeds to the insured and/or the insured's mortgage lender, the Insured will assist Sawyer Construction & Roofing, Inc. to have those insurance proceeds made payable to Sawyer Construction & Roofing, Inc..

IN WITNESS WHEREOF, the undersigned have caused this transfer and assignment of insurance claim to be duly executed on the date set out below.

ASSIGNOR/INSURED:

_GWAN COX_
Printed Name

_[signature]_
Signature
_8-6-19_
Date

_____
Printed name

_____
Signature

_____
Date

ASSIGNEE/CONTRACTOR:

Sawyer Construction & Roofing, Inc.

_[signature]_
Authorized signature
_8-6-18_
Date

EXHIBIT "A"

Filed          18-CI-004546     08/31/2018      David L. Nicholson, Jefferson Circuit Clerk

CIVIL ACTION NO. 18-CI-04546                          JEFFERSON CIRCUIT COURT
                                                               DIVISION SIX (6)
                                                            JUDGE OLU STEVENS

VERANDA GARDENS, LLC
and
SAWYER CONSTRUCTION & ROOFING, INC.                              PLAINTIFFS

v.                          **<u>ANSWER</u>**
                       *(Electronically Filed)*

SECURA INSURANCE COMPANIES                                        DEFENDANT

* * * * *

Comes now Defendant, SECURA Insurance, A Mutual Company (incorrectly captioned as "SECURA Insurance Companies"), by counsel, and for its Answer to Plaintiffs' Petition for a Declaration of Rights states as follows:

1.      Plaintiffs' Petition fails to state a cause of action against this Answering Defendant upon which relief may be granted.

2.      Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 1 and 2 of Plaintiffs' Petition and cannot admit or deny same at this time.

3.      Answering Defendant admits the allegations contained in Paragraph 3 of Plaintiffs' Petition, with the caveat that its home office is located in Appleton, Wisconsin.

4.      As to the allegations asserted in Paragraph 4 of Plaintiffs' Petition, Answering Defendant admits that Veranda Gardens filed a claim alleging property damage occurring on or about September 10, 2016. The allegations contained in Paragraph 4 of Plaintiffs' Petition regarding the alleged assignment of Veranda Gardens' claim to Sawyer call for a legal conclusion and are, accordingly, denied at this time, and in any event, the document attached to Plaintiffs'

Filed          18-CI-004546     08/31/2018      David L. Nicholson, Jefferson Circuit Clerk

8049D0C0-A3C1-45BA-B587-FEAEB4E418D9 : 000001 of 000005

ANS : 000001 of 000005

Filed                    18-CI-004546       08/31/2018        David L. Nicholson, Jefferson Circuit Clerk

Petition speaks for itself. Answering Defendant denies all remaining allegations contained in Paragraph 4 of Plaintiffs' Petition.

5.       In response to Paragraph 5 of Plaintiff's Petition, Answering Defendant admits that it requested an examination and assessment of the claimed damage by Rimkus Consulting Group, Inc. and that the examination was done and a report prepared, which speaks for itself, but otherwise denies any allegations of Paragraph 5 of Plaintiff's Petition inconsistent therewith.

6.       In response to Paragraph 6 of Plaintiff's Petition, Answering Defendant admits that it denied the claim in question.

7.       As to the allegations asserted in Paragraph 7 of Plaintiffs' Petition, Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 regarding the mindset of Plaintiffs; however, Answering Defendant admits Veranda Gardens requested appraisal pursuant to the Policy's provisions, terms, conditions, endorsements and exclusions, which speak for themselves, but otherwise denies all allegations contained in Paragraph 7 of Plaintiffs' Petition inconsistent therewith unless specifically admitted herein.

8.       Answering Defendant admits the allegations contained in Paragraphs 8 of Plaintiffs' Petition.

9.       In response to Paragraph 9 of Plaintiff's Petition, Answering Defendant admits that it appointed Steve Weber as its appraiser.

10.      In response to Paragraph 10 of Plaintiffs' Petition, Answering Defendant admits that Veranda Gardens objected to Answering Defendant's appointment of Steve Weber to act as its appraiser, and that Answering Defendant declined to replace Steve Weber as its appraiser. Answering Defendant expressly denies that Plaintiffs' objections to Steve Weber's appointment

8049D0C0-A3C1-45BA-B587-FEAEB4E418D9 : 000002 of 000005

ANS : 000002 of 000005

Filed                18-CI-004546      08/31/2018        David L. Nicholson, Jefferson Circuit Clerk

are warranted by the facts or by existing law. Answering Defendant denies all remaining allegations contained in Paragraph 10 of Plaintiffs' Petition.

11.    Answering Defendant denies all allegations contained in Plaintiffs' Petition unless specifically admitted herein.

12.    Answering Defendant denies the relief requested by Plaintiffs.

13.    Answering Defendant affirmatively states and avers that no actual controversy exists, and Plaintiffs' Petition must be dismissed on that basis pursuant to KRS 418.040.

14.    Answering Defendant affirmatively states and avers that Plaintiffs' Petition must be dismissed pursuant to KRS 418.065 because a declaration is not necessary or proper under all the circumstances and/or because a decision would not terminate the uncertainty or controversy which gave rise to this action.

15.    Answering Defendant affirmatively states and avers that the lack of an actual controversy pursuant to KRS 418.040 and/or the lack of necessity/propriety of a declaratory action pursuant to KRS 418.065 deprives the Jefferson Circuit Court of jurisdiction over the subject matter of this action and Answering Defendant pleads lack of subject matter jurisdiction as an affirmative defense to Plaintiffs' Petition pursuant to Kentucky Rule of Civil Procedure 12.02.

16.    Answering Defendant affirmatively states and avers the terms, provisions, conditions, exclusions and endorsements of any applicable insurance policy and/or policies herein, (said policy and/or policies being incorporated herein in their entirety by reference) as affirmative defenses to Plaintiffs' Petition.

17.    Answering Defendant affirmatively states and alleges that those affirmative defenses set forth in Kentucky Rule of Civil Procedure Number 8.03 and Number 12.02 may bar in whole, or in part, Plaintiffs' claims as against this Answering Defendant, and Answering

8049D0C0-A3C1-45BA-B587-FEAEB4E418D9 : 000003 of 000005

ANS : 000003 of 000005

Filed          18-CI-004546     08/31/2018       David L. Nicholson, Jefferson Circuit Clerk

Defendant herein adopts those affirmative defenses as of set forth here and in full, subject to further investigation and/or discovery.

18.    Answering Defendant respectfully reserves the right to amend this Answer and/or assert any and all other appropriate affirmative defenses pending further investigation and/or discovery in this matter.

**WHEREFORE**, Answering Defendant, SECURA Insurance, A Mutual Company respectfully demands as follows:

1.    That Plaintiffs' Petition against it be dismissed with prejudice;

2.    For its costs and attorney fees herein expended;

3.    For trial by jury on all issues so triable; and

4.    For any and all other proper relief to which Answering Defendant, SECURA Insurance, A Mutual Company, may be entitled.

/s/David K. Barnes_____
David K. Barnes
Christine D. Campbell
SCHILLER BARNES MALONEY PLLC
401 W. Main Street, Suite 1600
Louisville, KY 40202
T: (502) 583-4777
F: (502) 583-4780
dbarnes@sbmkylaw.com
ccampbell@sbmkylaw.com
*Counsel for Defendant, SECURA Insurance, A Mutual Company*

Filed          18-CI-004546     08/31/2018       David L. Nicholson, Jefferson Circuit Clerk

Filed                    18-CI-004546        08/31/2018              David L. Nicholson, Jefferson Circuit Clerk

## CERTIFICATE OF SERVICE

It is hereby certified that on this 31st day of August 2018 a copy of the foregoing was served via the Court's eFiling system, electronic mail, or first-class mail to:

Danny T. Karem
1115 S. 4th Street, Third Floor
Louisville, KY 40203
*Counsel for Plaintiffs*


/s/David K. Barnes_____
SCHILLER BARNES MALONEY PLLC

8049D0C0-A3C1-45BA-B587-FEAEB4E418D9 : 000005 of 000005

ANS : 000005 of 000005



**KENTUCKY**
COURT OF JUSTICE

**18-CI-004546**

*SAWYER CONSTRUCTION & ROOFING, INC., , ET AL VS. SECURA IN*

**JEFFERSON CIRCUIT COURT**

Filed on **08/06/2018** as **PROPERTY DAMAGE** with **HON. OLU A. STEVENS**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Parties | 18-CI-004546 |
|---|---|

**SAWYER CONSTRUCTION & ROOFING, INC.,** as **PLAINTIFF / PETITIONER**

**Address**

1115 S. 4TH STREET, THIRD FLOOR
LOUISVILLE KY 40203 4100

**SECURA INSURNACE COMPANY,** as **DEFENDANT / RESPONDENT**

**Address**

2401 SOUTH MEMORIAL DRIVE
APPLETON WI 54915

**Summons**

**CIVIL SUMMONS** issued on **08/06/2018** by way of **RETURNED TO ATTORNEY/PETITIONER**

**VERANDA GARDENS, LLC,** as **PLAINTIFF / PETITIONER**

**Address**

3834 A&B TAYLORVILLE RD
LOUISVILLE KY 40220

**BARNES, DAVID KELLY** as **ATTORNEY FOR DEFENDANT**

**Address**

SCHILLER BARNES MALONEY PLLC
401 WEST MAIN STREET, SUITE 1600
LOUISVILLE KY 40202

**KAREM, DANNY T,** as **ATTORNEY FOR PLAINTIFF**

**Address**

600 WEST MAIN STREET
SUITE 100
LOUISVILLE KY 40202

| Documents | 18-CI-004546 |
|---|---|

**COMPLAINT / PETITION** filed on **08/06/2018**

**NOTICE OF FILING** filed on **08/15/2018**
*OMITTED EXHIBIT*

**ANSWER** filed on **08/31/2018**

| Images | 18-CI-004546 |
|---|---|

**ANSWER** filed on **08/31/2018**   *Page(s): 5*

**\*\*\*\* End of Case Number : 18-CI-004546 \*\*\*\***